**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.    Bar #: 200424
David C. Wakefield, Esq.    Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA  92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

FILED
2007 JUN 26  AM 9: 14
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual,<br>　　　　　　　Plaintiffs,<br>v.<br><br>THOMAS R. JONES dba CRYSTAL POOL SERVICE; THOMAS R. JONES, CHARLOTTE Y. JONES; And DOES 1 THROUGH 10, Inclusive<br>　　　　　　　Defendants. | Case No.:  07cv0272 BEN (CAB)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

///
///
///

1    Case Number: 07cv0272 BEN (CAB)

Document Date: June 7, 2007

1  **IT IS HEREBY ORDERED,** pursuant to the Joint Motion For Dismissal on file herein, that Defendants THOMAS R. JONES dba CRYSTAL POOL SERVICE; THOMAS R. JONES and CHARLOTTE Y. JONES are dismissed with prejudice from Plaintiffs' Complaint. Additionally, Plaintiffs Complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: 6/25/07

_____
HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT COURT JUDGE

2   Case Number: 07cv0272 BEN (CAB)

Document Date: June 7, 2007